# United States District Court
## *Southern District of Georgia*
Augusta Division

UNITED STATES OF AMERICA )

)

vs )  CASE NUMBER  CR119-010

)

CELSO DE JESUS
URBINA-ALEMAN )

)

## O R D E R

The above captioned case having come on for jury trial the week of____July 15, 2019____

_____ and there being certain items entered into evidence during the course of said

trial,

IT IS HEREBY ORDERED that the following evidence be returned to _____the_____

_____Government_____, for safekeeping and for production in the Court of Appeals, if

necessary, upon return of a jury verdict.

Government's exhibits 1, 2, 3, 4, 5, 6, 7, and 8

**SO ORDERED**, this ___17th___day of _____July_____, 2019.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA