# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA AND STATESBORO DIVISIONS

IN RE:

LEAVE OF ABSENCE REQUEST
ALEJANDRO V. PASCUAL, IV
February 5 through February 7, 2020;
February 10 through February 14, 2020;
and March 3 through March 6, 2020

Case Nos.:

CR619-015, P. Davis
CR119-009, M. Murray
CR119-010, C. Urbina-Aleman
CR119-074, Q. LaCount
CR119-076, D. Streetman
CR119-088, R. Moore
CR119-091, C. Partin, et al.
CR119-092, D. Drexel, Jr.
CR119-098 L. Meminger, Jr.
CR119-108, B. Adams
CR119-111, R. Brown, et al.
CR119-114, C. Henderson, et al.
CR119-118, V. Camarena-Enriquez
CR119-123, B. Vazquez-Lopez
CR119-124, O. Velasquez-Velasquez
CR119-130, A. Harris
CR119-131, A. Williams
CR119-143, K. Boyd
CR119-144, A. Morris
CR119-145, A. Bell
CR119-146, D. Daggett
CR119-147, O. Rabadan
CR119-148, R. Newsome
CR119-163, S. Williams
CR119-164, L. Tagui-Angeles
CR119-165, J. Tagui-Angeles

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Alejandro V. Pascual, IV for the dates of February 5 through February 7, 2020; February 10 through February 14, 2020 and March 3 through March 6, 2020 for military duty with the Georgia Army National Guard; same is hereby GRANTED.

This _19th_ day of ___December___, 2019.

_____
CHIEF JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA